# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **CASE NO. 15-4408** |
| **v.** ) | |
| ) | |
| **RAYMOND BULLETTE, III** ) | |

## MOTION BY UNITED STATES OF AMERICA TO FILE A JOINT SUPPLEMENTAL APPENDIX

The United States of America, by and through its undersigned counsel, hereby moves this Court for permission to file a Joint Supplemental Appendix. In support of this motion, the government states as follows:

1. In preparing the Joint Appendix, counsel for the defendant and undersigned counsel for the government conferred regarding the appropriate contents of the Joint Appendix.

2. In reviewing the final Joint Appendix filed in this case, the government noticed that the Joint Appendix includes the transcript of the motions hearing, but accidentally omits the exhibits introduced at that hearing. These pages are important to understanding the arguments presented by the parties before the district court at the motions hearing. The parties inadvertently omitted these pages. In addition, the Joint Appendix does not include the verdict form returned by the jury in

this case, which is important to understanding the sentence imposed in this case, which is being challenged on appeal. Accordingly, the government believes that it is now necessary to file a Joint Supplemental Appendix in order for the Court to decide the appeal.

    3.    The defendant has no objection to this motion.

                              Respectfully submitted,

                              Rod J. Rosenstein
                              United States Attorney

                              By: /s/
                              Leah Jo Bressack
                              Assistant United States Attorney
                              6500 Cherrywood Lane, Suite 200
                              Greenbelt, Maryland 20770
                              (301) 344-4433

# CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of February 2016, a copy of the foregoing Government's Motion to File a Joint Supplemental Appendix was sent by email to:

>Michael Lawlor, Esq.
>Lawlor & Englert, L.L.C.
>6305 Ivy Lane, Suite 608
>Greenbelt, Maryland 20770

>/s/Leah Jo Bressack
>Leah Jo Bressack
>Assistant United States Attorney